### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:  Case No. 16-20385
 Chapter 13 Proceeding
Edward P Dinnan & Ngesmus Luii-Dinnan,  Honorable Daniel S. Opperman

_____Debtor(s)/

## OBJECTION TO PROOF OF CLAIM 10

**NOW COMES** the Debtor(s), Edward P Dinnan & Ngesmus Luii-Dinnan, by and through their counsel, Kimberly Kramer, P.L.C., by Kimberly A. Kramer, and for their Objection states as follows:

1. That Michigan Department of Treasury filed Proof of Claim 10 on August 5, 2016 stating $6,679.95 due for tax year 2009 for tax payer Edward P Dinnan; (Exhibit "A")

2. That this amount is included in Michigan Department of Treasury's Proof of Claim 11 filed on August 5, 2016; (Exhibit "B")

3. That a proposed Order is attached; (Exhibit "C")

WHEREFORE, Debtors respectfully request this Honorable Court sustain their Objection and disallow the claim in total.

Respectfully Submitted,
**KIMBERLY KRAMER, P.L.C.**
Dated: August 9, 2016  /s/ Kimberly A. Kramer
 KIMBERLY A. KRAMER (P59045)
 Attorney for Debtor
 916 Washington Avenue, Suite 320
 Bay City, MI 48708
 (989) 671-4333
 Kimberlykramerplc@sbcglobal.net

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Michigan Department of Treasury<br>4265 (11-04)<br>**Sworn Summary**<br>Issued under federal code, Title XI<br>**Type of Claim:** Unsecured<br>Original | | | | 52321807 | **Case Number:**<br>16-20385 DOB | | **Page 1 of 1**<br>7999480 | |
| | | | | | **Taxpayer Identification:**<br>9165 | | **Attorney General:**<br>ATTORNEY DETROIT | |
| NGESMUS LUII-DINNAN<br>5220 CEDAR LAKE RD<br>OSCODA, MI. 48750 | | | | | Other Identification: S8495<br>S9165 | | | |
| **Assessment Number** | **Debt Code** | **Assessment Date** | **Account ID** | **Tax Period** | ***If Est** | **Tax Deficiency** | **Penalty** | **Interest** |
| TV30482 | IIT | 08/01/13 | S9165 | 1/1/2009 - 12/31/2009 | * | $4,452.00 | $1,113.00 | $1,114.95 |
| **Debt Codes:**<br>IIT - INCOME TAX | | | | | | $4,452.00<br>TOTAL CLAIM | $1,113.00<br>$6,679.95 | $1,114.95 |

\* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

| Signature | Date: 08/02/2016 |
|---|---|

Case 16-20385-dob    Claim 10-1    Filed 08/05/16    Page 4 of 4

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Michigan Department of Treasury<br>4265 (11-04)<br>**Sworn Summary**<br>Issued under federal code, Title XI<br>Type of Claim: Secured<br>Original | | | | 52321807 | **Case Number:**<br>16-20385 DOB | | *Page 1 of 1*<br>7999480 | |
| | | | | | **Taxpayer Identification:**<br>9165 | | **Attorney General:**<br>ATTORNEY DETROIT | |
| EDWARD P DINNAN<br>5220 CEDAR LAKE RD<br>OSCODA, MI. 48750 | | | | | **Other Identification:**<br>S9165 | | | |
| Assessment Number | Debt Code | Assessment Date | Account ID | Tax Period | *If Est | Tax Deficiency | Penalty | Interest |
| TV30481 | IIT | 08/01/13 | S9165 | 1/1/2008 - 12/31/2008 | * | $2,561.00 | $640.25 | $765.32 |
| TV30482 | IIT | 08/01/13 | S9165 | 1/1/2009 - 12/31/2009 | * | $4,452.00 | $1,113.00 | $1,114.95 |

**Debt Codes:**
IIT - INCOME TAX

| | | |
|---|---|---|
| $7,013.00 | $1,753.25 | $1,880.27 |
| TOTAL CLAIM | $10,646.52 | |

* An asterisk in this column indicates that tax liability is estimated based on the best information available since actual returns have not been filed. This claim will be adjusted when actual returns are filed.

SANDRA BRAUN _____ being duly sworn, deposes and says (s)he is authorized to act for the Department of Treasury and, to the best of her/his knowledge and belief, the defendant is indebted to the State of Michigan in this amount.

Signature                                                                                    Date: 08/02/2016

C

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:	Case No. 16-20385
	Chapter 13 Proceeding
**Edward P Dinnan & Ngesmus Luii-Dinnan,**	Honorable Daniel S. Opperman

_____ Debtor(s)/

### ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM 10

THIS MATTER, having come before the Court on the Objections of the debtor to the claim of Michigan Department of Treasury, and this Court being otherwise fully advised in the premises.

**NOW THEREFORE, IT IS HEREBY ORDERED** that the debtors objection to Michigan Department of Treasury's proof of claim 10 is sustained and proof of claim 10 is disallowed in total.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)**

In the Matter of:                              Case No. 16-20385
                                               Chapter 13 Proceeding
**Edward P Dinnan & Ngesmus Luii-Dinnan,**      Honorable Daniel S. Opperman

_____Debtor(s)/

## NOTICE OF OBJECTION TO PROOF OF CLAIM 10

Debtors have filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or denied.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before September 15, 2016 you or your lawyer must:

a.      File with the court a written response to the objection, explaining your position at:

                 United States Bankruptcy Court
                 111 First Street
                 P.O. Box 911
                 Bay City, Michigan 48707

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

| Kimberly A. Kramer | Thomas W. McDonald, Jr. |
|---|---|
| Attorney for Debtors | Chapter 13 Trustee |
| 916 Washington Ave., Ste. 320 | 3144 Davenport Avenue |
| Bay City, MI 48708 | Saginaw, MI 48602 |
| (989) 671-4333 | (989) 672-6766 |

b.      Attend the hearing on the objection, scheduled to be held on **September 22, 2016 at 10:00 a.m. at** United States Bankruptcy Court, 111 First Street, Bay City, Michigan, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. . (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

**If you or your attorney do not take these steps, the court may deem that you do not oppose the objection to your claim, in which even the hearing will be canceled, and the objection sustained.**

                                                                    Respectfully Submitted,
                                                                    **KIMBERLY KRAMER, P.L.C.**
Dated: August 9, 2016                                  /s/ Kimberly A. Kramer
                                                                    KIMBERLY A. KRAMER (P59045)
                                                                    Attorney for Debtor
                                                                    916 Washington Avenue, Suite 320
                                                                   Bay City, MI 48708
                                                                   (989) 671-4333
                                                                    Kimberlykramerplc@sbcglobal.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN NORTHERN DIVISION (BAY CITY)

In the Matter of:                  Case No. 16-20385
                                             Chapter 13 Proceeding
Edward P Dinnan & Ngesmus Luii-Dinnan,    Honorable Daniel S. Opperman

                             Debtor(s)/

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN       )
                              )SS.
COUNTY OF BAY            )

The following entities were served by first class mail on August 9, 2016:

     Michigan Department of Treasury, Revenue and Collections Division, First Floor, Treasury Building, Lansing, MI 48922;

     Michigan Department of Treasury, Bankruptcy Unit, P.O. Box 30168, Lansing, MI 48909

     Office of the U.S. Attorney, 101 First St., Ste. 200, Bay City, MI 48708;

     Department of Justice, Tax Division, P.O. Box 55, Ben Franklin Station, Washington, DC 20044;

     IRS, P.O. Box 330500, Stop 15, Detroit, MI 48226;

     Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346

The following entities were served by electronic transmission on August 9, 2016:

     Thomas W. McDonald, Jr.     ecf@mcdonald13.org

I, Valerie E. Groulx, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**OBJECTION TO PROOF OF CLAIM 10**

                                                            */s/ Valerie Groulx*
                                                           Valerie Groulx, an employee of
                                                           **KIMBERLY KRAMER, P.L.C.**
                                                           916 Washington Ave., Ste. 320
                                                           Bay City, MI 48708
                                                           (989) 671-4333
                                                           Kimberlykramerplc@sbcglobal.net


PREPARED BY:
KIMBERLY KRAMER, PLC.
BY: KIMBERLY A. KRAMER (P59045)
Attorney for Debtor(s)
916 Washington Ave., Ste. 320
Bay City, MI 48708
(989) 671-4333
kimberlykramerplc@sbcglobal.net